# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| STEPHEN WHITAKER, DAVID GRAM, and all others similary situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> DEPARTMENT OF COMMERCE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:17-cv-192 |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Decision (Document No. 55) filed July 27, 2018, defendant's Motion to Dismiss and for Summary Judgment (Document No. 15) is granted on Count 18 and that count is DISMISSED and plaintiffs' Motion to Strike Madison Declaration and Parts of Defendant's Reply to Plaintiffs' Supplemental Brief (Document No. 49) is DENIED.  JUDGMENT IS HEREBY entered in favor of defendant Department of Commerce, against plaintiffs Stephen Whitaker and David Gram.

Previously, pursuant to the court's Decision (Document No. 32) filed December 20, 2017, defendant's Motion to Dismiss for Failure to State a Claim and Motion for Summary Judgment (Document No. 15) was granted in part.  Counts 1-5 and 16 of the complaint were DISMISSED for failure to state a claim. Summary Judgment was GRANTED in favor of the defendant on counts 6-15 and 17 and those counts were DISMISSED.

Date:   July 30, 2018

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   7/30/2018

*/s/ Elizabeth S. Britt*
*Signature of Clerk or Deputy Clerk*